# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Dexter Weeks ) | Case No. 2:23-mj-0096 CKD |
| ) | |
| Defendant(s) ) | |

**FILED**
Jun 26, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  May 25, 2023  in the county of  Sacramento  in the
Eastern  District of  California  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Greg Richardson

☑ Continued on the attached sheet.

/s/
_Complainant's signature_

Greg Richardson, FBI Special Agent
_Printed name and title_

Sworn to and signed before me telephonically.

Date: 06/26/2023

_Judge's signature_

City and state: Sacramento, California   United States Magistrate Judge Carolyn K. Delaney
_Printed name and title_

## AFFIDAVIT OF FBI SPECIAL AGENT GREG RICHARDSON

I, Special Agent Greg Richardson, being duly sworn, hereby depose and state:

## CRIMINAL COMPLAINT FOR ARREST WARRANT

1. This Affidavit is submitted in support of an arrest warrant and criminal complaint charging **DEXTER WEEKS** and **WILLIAM LESLEY** with:

    COUNT ONE:   Felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)

## BACKGROUND AND EXPERTISE

2. I am a Special Agent with the Federal Bureau of Investigation (the "FBI") and have been since October 2021. I am currently assigned to the FBI's Sacramento Division, Violent Crime, Safe Streets Task Force. I have been assigned to this squad since 2021. I was trained as an FBI Special Agent at the FBI Academy in Quantico, Virginia.

3. During the course of my employment as an FBI Special Agent, I have participated in numerous criminal investigations. I have also participated in numerous investigations involving the use of federal and state search warrants to collect evidence, including controlled substances, the seizure of narcotics-related records, and other types of evidence that document the activities of criminal organizations in both the manufacturing and distribution of controlled substances and weapons. To successfully conduct these investigations, I have utilized a variety of investigative techniques and resources including physical and electronic surveillance, various types of infiltration (including informants and confidential human sources), pen register and trap and trace devices, GPS and telephone tracking devices, audio and audio/video recording devices.

4. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

5. Because this affidavit is submitted for the limited purpose of establishing probable cause for the requested complaint and arrest warrant, I have not

included each and every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause.

6. This affidavit is based upon my own personal knowledge and upon the knowledge of other law enforcement officers involved in this investigation. Where I describe statements made by other people (including other special agents and law enforcement officers), the statements are described in sum, substance, and relevant part. Similarly, where I describe information contained in reports and other documents or records in this affidavit, this information is described in sum, substance, and relevant part.

## STATEMENT OF PROBABLE CAUSE

### *Dexter Weeks has previously sustained felony convictions for crimes involving violence and firearms.*

7. On March 3, 2008, Dexter Weeks was convicted of felony robbery, in violation of Illinois Criminal Code Section 18-1 (720 ILCS 5/18-1-A) and sentenced to three years incarceration.

8. On August 15, 2008, Weeks was convicted of misdemeanor resisting an officer, in violation of Illinois Criminal Code Section 31-1 (720 ILCS 5/31-1) and sentenced to forty days incarceration.

9. On December 6, 2010, Weeks was convicted of felony battery, in violation of Illinois Criminal Code Section 12-3 (720 ILCS 5/12-3-A-2) and sentenced to 325 days of incarceration.

10. On December 6, 2010, Weeks was convicted of delivery of a controlled substance, in violation of Illinois Criminal Code Section 401 (720 ILCS 570/401-C-2) and sentenced to four years incarceration.

11. On April 7, 2015, Weeks was convicted of being an armed habitual criminal, in violation of Illinois Criminal Code Section 24-1.7 (720 ILCS 5/24-1.7-A) and felon in possession of a firearm, in violation of Illinois Criminal Code Section 24-1.1 (720 ILCS 5/24-1.1-A) and sentenced to ten years incarceration.

12. Weeks was released on parole and subsequently relocated to California where is he being supervised by the California Department of Corrections and Rehabilitation.

    a. As part of his parole, Weeks is subject to a condition that: "You, your residence, and any property under your control are subject to search or seizure by a probation officer, an agent or officer of the California Department of Corrections and Rehabilitation, or any other peace officer, at any time of the day or night, with or without a search warrant, with or without cause."

    b. Weeks's parole conditions also prohibit Weeks from possessing a firearm: "You shall not own, use, have access to, or have under your control: (a) any type of firearm, instrument or device which a reasonable person would believe to be capable of being used as a firearm . . . ."

    c. Weeks signed and acknowledged that he read and understood his parole conditions on February 25, 2022.

### *William Lesley has previously sustained felony convictions for crimes of violence and firearms offenses.*

13. On September 25, 2007, William Lesley was convicted of felony burglary, in violation of Illinois Criminal Code Section 19-1 (720 ILCS 5/19-1-A) and sentenced to two years of probation.

14. On January 27, 2011, Lesley was convicted of felony aggravated assault with a weapon, in violation of Illinois Criminal Code Section 33A-2 (720 ILCS 5/33A-2-A), delivery of a controlled substance, in violation of Illinois Criminal Code Section 401 (720 ILCS 570/401-C-2), and felon in possession of a firearm, in violation of Illinois Criminal Code Section 24-1.1 (720 ILCS 5/24-1.1-A); and sentenced to ten years incarceration.

15. On August 1, 2016, Lesley was convicted of being an armed habitual criminal, in violation of Illinois Criminal Code Section 24-1.7 (720 ILCS 5/24-1.7-A) and possession of a controlled substance, in violation of Illinois Criminal Code Section 402 (720 ILCS 570/402-C) and sentenced to two years incarceration.

16. On January 17, 2019, Lesley was convicted of being an armed habitual criminal, in violation of Illinois Criminal Code Section 24-1.7 (720 ILCS 5/24-1.7-A) and felon in possession of a firearm, in violation of Illinois Criminal Code Section 24-1.1 (720 ILCS 5/24-1.1-A) and sentenced to six years incarceration.

***Weeks and Lesley display firearms on social media in spite of their prohibited status and prior convictions for unlawful possession of firearms.***

17. On May 2, 2023, law enforcement officers observed a live video on the Instagram account associated with the handle @village_god. The video depicted three adult men inside of a vehicle: Nathan Dorris, the account owner, Dexter Weeks, and William Lesley. Two screenshots are depicted below.

 

18. In the video, Weeks (wearing a royal blue baseball hat) and Lesley (wearing a powder blue baseball hat) are both holding what appear to be firearms. The firearm in Weeks's hand appears to have a high-capacity, drum-style

magazine attached to it. Lesley points the barrel of the firearm at the camera.



***Parole search results in seizure of firearms at Weeks's residence in the Eastern District of California.***

19. On May 25, 2023, law enforcement officers conducted a parole search of Weeks's residence at 858 Retriever Way in Galt, California. Law enforcement knocked on the front door of the residence and announced that they were attempting to conduct a parole search. No one answered the door. Instead, law enforcement officers entered the residence through an open front window.

20. While clearing the residence, law enforcement officers encountered Lesley as he was coming out of a bedroom.  Lesley told law enforcement officers that no one else was in the residence.  A short time later, officers found Weeks in another bedroom, hiding under pillows and blankets in an attempt to conceal himself from law enforcement.

21. In the bedroom where Lesley had just exited, a movie was playing on a laptop that was sitting on the bed.  In the room, officers found (1) a loaded Jimenez Arms 9mm pistol bearing serial number 381138; (2) a loaded Ruger 5.7x28mm pistol bearing serial number SR 64317939; (3) a loaded Glock 43X pistol bearing serial number BMUL995; (4) a loaded American Tactical AR-15-style PMF rifle and (5) two AR-15-style magazines.

22. In the bedroom where Weeks was found, officers found a loaded Glock 20 pistol bearing serial number BYYY874.  The Glock 20 had previously been reported stolen.

23. In addition, officers searched a large Winchester gun safe located in the home office and found a loaded Glock 20 pistol bearing serial number BYZL391.

    a. Weeks told officers that the Glock in the gun safe belonged to his wife.

24. Officers also searched a black Infiniti G37 sedan parked in the driveway of the residence and found: (1) a box of ammunition in the glovebox that fit the Ruger 5.7 found in Lesley's bedroom; (2) a Saiga AK-47 rifle bearing serial number H08744110; (3) a Taurus pistol bearing serial number TMW75196; and (4) a Glock 19 pistol bearing serial number LWG934.

    a. The key fob for the Infiniti G37 was found in the bedroom that Lesley had just exited.  Lesley told officers that the car was not working and had been dead ever since he had gotten there a few months prior.

25. All the seized firearms were processed for fingerprints.  No usable quality latent prints were collected.  All the seized firearms were processed for DNA.  No DNA result have yet been returned.

*Preliminary Interstate Nexus Determination*

26. On June 16, 2023, ATF Special Agent Matthew Garrett, who is an interstate nexus expert, reviewed a photograph of the seized firearms.  After reviewing the photograph and based on SA Garrett's training and experience as an

interstate nexus expert, he determined that all the firearms, with the exceptions of the Jimenez Arms 9mm pistol bearing serial number 381138 and loaded American Tactical AR-15-style PMF rifle, were not manufactured in the State of California and therefore had previously traveled in interstate or foreign commerce prior to being seized from the possession of Week and Lesley.

## **CONCLUSION**

27. Based on the above information, I believe that there is probable cause to believe that Weeks and Lesley unlawfully possessed firearms, in violation of 18 U.S.C. § 922(g)(1). I hereby request that this court issue an arrest warrant for Weeks and Lesley.

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

/s/
_____
GREG RICHARDSON
FBI Special Agent

Sworn and Subscribed to me telephonically, on June 26, 2023

_____
Hon. CAROLYN K. DELANEY
United States Magistrate Judge


Approved as to form:
_____
JUSTIN LEE
Assistant United States Attorney

# PENALTY SLIP

## United States v. Dexter Weeks & William Lesley

**COUNT ONE:**   18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

Fine of up to $250,000, and/or
Imprisonment of up to 15 years, or both
Term of Supervised Release of up to 3 years
Mandatory $100 Special Assessment