HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
P: 916-498-5700/F: 916-498-5710
Linda_Harter@fd.org

Attorney for Defendant
DEXTER WEEKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:23-CR-00178-DAD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| DEXTER WEEKS, | DATE:   September 5, 2023<br>TIME:    9:30 AM |
| Defendant. | JUDGE:  DALE A. DROZD |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney Haddy Abouzeid, Assistant Federal Defender Linda C. Harter, attorney for Dexter Weeks, that the Court may vacate the status conference currently set for September 5, 2023, and continue it to November 14, 2023, at 9:30 a.m. and to exclude time under the Speedy Trial Act, local code T4.

Defense counsel requests additional time for further investigation, to review discovery, and otherwise prepare for trial.

The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including nearly 200 pages of documents, numerous photographs, and multiple audio/video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

Counsel for defendant believes that failure to grant the above requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The parties agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial.

Additionally, the parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time up to and through November 14, 2023, for defense preparation and investigation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

Dated:  August 31, 2023                    Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

                                           */s/ Linda C. Harter*
                                           LINDA C. HARTER
                                           Assistant Federal Defender
                                           Attorney for Defendant


Dated:  August 31, 2023                    PHILLIP A. TALBERT
                                           United States Attorney

                                           */s/ Haddy Abouzeid*
                                           HADDY ABOUZEID
                                           Assistant U.S. Attorney

**O R D E R**

The Court orders that the time up to and including November 14, 2023, shall be excluded from the computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and Local Code T-4 [reasonable time for counsel to prepare]. It is further ordered that the September 5, 2023, status conference shall be continued until November 14, 2023, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **August 31, 2023**

UNITED STATES DISTRICT JUDGE

-3-