HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
P: 916-498-5700/F: 916-498-5710
Linda_Harter@fd.org

Attorney for Defendant
DEXTER WEEKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:  2:23-CR-00178-DAD-1 |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | ) ) | |
| DEXTER WEEKS, | ) ) | DATE:   November 14, 2023 TIME:    9:30 AM |
| Defendant. | ) ) | JUDGE:  DALE A. DROZD |
| | ) ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney Haddy Abouzeid, Assistant Federal Defender Linda C. Harter, attorney for Dexter Weeks, that the Court may vacate the status conference currently set for November 14, 2023, and continue it to December 19, 2023, at 9:30 a.m. and to exclude time under the Speedy Trial Act, local code T4.

Defense counsel requests additional time to conduct further investigation, to review discovery, and otherwise prepare for trial.

The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including nearly 200 pages of documents, numerous photographs, and multiple audio/video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1    Counsel for defendant believes that failure to grant the above requested continuance

2    would deny her the reasonable time necessary for effective preparation, taking into account the

3    exercise of due diligence.

4    The parties agree that the ends of justice served by granting defendant's request for a

5    continuance outweighs the best interest of the public and the defendant in a speedy trial.

6    Additionally, the parties stipulate that for the purpose of computing time under the

7    Speedy Trial Act, the Court should exclude time up to and through December 19, 2023, for

8    defense preparation and investigation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)

9    [reasonable time to prepare] (Local Code T4).

10

11   Dated:  November 9, 2023                    Respectfully submitted,

12                                               HEATHER E. WILLIAMS
13                                               Federal Defender

14                                               */s/ Linda C. Harter*
                                                 LINDA C. HARTER
15                                               Assistant Federal Defender
                                                 Attorney for Defendant
16

17
     Dated:  November 9, 2023                    PHILLIP A. TALBERT
18                                               United States Attorney

19                                               */s/ Haddy Abouzeid*
                                                 HADDY ABOUZEID
20                                               Assistant U.S. Attorney

21

22

23

24

25

26

27

28

-2-

**O R D E R**

The Court orders that the time up to and including December 19, 2023, shall be excluded from the computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and Local Code T-4 [reasonable time for counsel to prepare].  It is further ordered that the November 14, 2023, status conference shall be continued until December 19, 2023, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **November 9, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

-3-