PHILLIP A. TALBERT
United States Attorney
HADDY ABOUZEID
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00178-DAD-1 |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DEXTER WEEKS, | DATE: December 19, 2023 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 19, 2023.

2. By this stipulation, defendant now moves to continue the status conference until January 30, 2024, at 9:30 a.m., and to exclude time between December 19, 2023, and January 30, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including nearly 200 pages of documents, numerous photographs, and multiple audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

        b)      Counsel for defendant desires additional time to consult with their client, review the discovery, conduct investigation and research related to the charge, discuss potential resolutions with their client, prepare pretrial motions, and otherwise prepare for trial.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 19, 2023 to January 30, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 15, 2023                             PHILLIP A. TALBERT
                                                                 United States Attorney

                                                                 /s/ HADDY ABOUZEID
                                                                  HADDY ABOUZEID
                                                                  Assistant United States Attorney

Dated:  December 15, 2023      /s/ LINDA C. HARTER
                               LINDA C. HARTER
                               Counsel for Defendant
                               DEXTER WEEKS

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for December 19, 2023 is continued to January 30, 2024, at 9:30 a.m., and time is excluded between December 19, 2023, and January 30, 2024, under Local Code T4.

IT IS SO ORDERED.

Dated:  **December 18, 2023**            _Dale A. Drozd_
                                          DALE A. DROZD
                                          UNITED STATES DISTRICT JUDGE