HEATHER E. WILLIAMS, SBN 122664
Federal Defender
LINDA HARTER, SBN 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Attorneys for Defendant
DEXTER WEEKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:23-cr-00178-DAD-1 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | SENTENCING HEARING AND MODIFY |
| vs. ) | SCHEDULE OF DISCLOSURE FOR PSR |
| ) | |
| DEXTER WEEKS ) | Date:   May 7, 2024 |
| ) | Time:   9:30 a.m. |
| Defendant. ) | Judge: Hon. Dale A. Drozd |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Phillip A. Talbert, through Assistant United States Attorney Haddy Abouzeid, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Linda Harter, attorney for defendant Dexter Weeks., that the previously-scheduled sentencing hearing date of May 7, 2024, be continued to **July 23, 2024**, at 9:30 a.m., and that the disclosure schedule be modified as follows to permit additional time for the completion of the objections to the pre-sentence report (PSR):

    Draft PSR disclosed:        June 11, 2024

    Informal Objections due:     June 25, 2024

    Final PSR due:              July 2, 2024

    Formal Objections due:       July 9, 2024

    Reply/Sentencing Memo:     July 16, 2024

Stipulation to Continue Sentencing Hearing     -1-

Defense counsel requires additional time to acquire records and other information for informal objections to the presentence report. The proposed modification to the disclosure schedule and continued sentencing date will permit sufficient time for the completion of defense investigation related to the defense informal objections and, if necessary, defense motion to correct the PSR.  Therefore, it is the request of the parties that the Court grant the requested continuance and modify the disclosure schedule as set forth above.

Respectfully submitted,

Dated:  May 2, 2024          HEATHER E. WILLIAMS
                             Federal Defender

                             */s/ Linda Harter*
                             LINDA HARTER
                             Assistant Federal Defender
                             Attorney for Defendant
                             DEXTER WEEKS

Dated: May 2, 2024           PHILLIP A. TALBERT
                             United States Attorney

                             */s/ Haddy Abouzeid*
                             HADDY ABOUZEID
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The previously-scheduled sentencing hearing date of May 7, 2024, is continued to July 23, 2024, at 9:30 a.m. before the undersigned.

IT IS SO ORDERED.

Dated:   **May 3, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE