PHILLIP A. TALBERT
United States Attorney
HADDY ABOUZEID
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>        v.<br><br>DEXTER WEEKS,<br><br>              Defendant. | CASE NO. 2:23-CR-00178-DAD-1<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>DATE: August 6, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a sentencing hearing on August 6, 2024. ECF No. 39.

2. The parties agree and stipulate, and request that the Court find the following:

   a) Several miscommunications between the parties and Probation led to a late filing of the Final PSR on August 6, 2024. Neither party has filed informal objections to the Presentence Report. ECF No. 52-1. Given the posture in this case, neither party has had an opportunity to file a Sentencing Memorandum.

   b) The parties stipulate to continue defendant's sentencing hearing to August 27, 2024, at 9:30a.m. before United States District Judge Dale A. Drozd, with sentencing briefs due

August 20, 2024.

      c)    U.S. Probation does not object to continue the matter to August 27, 2024.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August 6, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ HADDY ABOUZEID<br>HADDY ABOUZEID<br>Assistant United States Attorney |
| Dated: August 6, 2024 | /s/ LINDA C. HARTER<br>LINDA C. HARTER<br>Counsel for Defendant<br>DEXTER WEEKS |

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for August 6, 2024 is continued to August 27, 2024, at 9:30a.m.

IT IS SO ORDERED.

Dated: **August 6, 2024**

                                        DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE